IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONNIE EUGENE WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>HOMER BYSON<br>Commissioner, Department of Corrections,<br><br>  Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-2787-TWT |

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending transferring the action to the Southern District. This Court lacks subject matter jurisdiction because the Plaintiff is confined in Tattnall County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is transferred to the United States District Court for the Southern District of Georgia, Statesboro Division.

T:\ORDERS\15\Williams\15cv2787\r&r.wpd

SO ORDERED, this 14 day of September, 2015.

                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        United States District Judge